No. 92–9047. WEINER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–9048. STEWART *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–9050. THOMPSON *v.* YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–9051. HENDERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9052. FOSTER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–9053. PRATT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–9055. TENON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–9056. TOMAZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–9057. SANCHEZ *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 92–9058. WEBSTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9060. TABOR *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 92–9061. WREST *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–9062. SILAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–9063. CRAWFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–9064. BURROWS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–9065. CRENSHAW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.